AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

-v.-

RICHARD ESPINOSA, ET AL.

**APPEARANCE**

Case Number: 07 CR 501 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   CHRISTIAN BERNABE.

I certify that I am admitted to practice in this court.

JUNE 26, 2007
Date

Signature

JONATHAN MARKS (JM-9696)
Print Name                                      Bar Number

220 5TH AVE, 3RD FLOOR
Address

NEW YORK         NY         10001
City             State      Zip Code

(212)-545-8008              (212)-889-3595
Phone Number                Fax Number