JONATHAN MARKS, P.C.
ATTORNEY AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001

E-MAIL: jon@jonmarks.com
URL: jonmarks.com

TEL: (212) 545-8008
FAX: (212) 889-3595

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 25 2007

September 20, 2007

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS
SEP 25 2007

Re: United States v. Richard Espinosa, et al
  07 Cr 00501(GBD)

Dear Judge Daniels:

I have been assigned to represent defendant Christian Bernabe under the Criminal Justice Act. I respectfully request authorization to bill for my paralegal's time at $45.00 per hour. She will be assisting me in going through the more than 3800 pages of discovery.

Respectfully,

*Jonathan Marks*

Jonathan Marks